NOTE: This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

---

**COLUMBIA SPORTSWEAR NORTH AMERICA, INC., COLUMBIA SPORTSWEAR COMPANY,**
*Plaintiffs-Appellees*

**v.**

**VENTEX CO., LTD., DAN MEYER,**
*Defendants*

**v.**

**SEIRUS INNOVATIVE ACCESSORIES, INC.,**
*Movant-Appellant*

---

2025-1246

---

Appeal from the United States District Court for the District of Oregon in No. 3:17-cv-00623-MO, Judge Michael W. Mosman.

---

**O R D E R**

The parties having so agreed, it is ordered that:

(1) The proceeding is DISMISSED under Fed. R. App. P. 42 (b).

2 COLUMBIA SPORTSWEAR NORTH AMERICA, INC. V. VENTEX CO.,
LTD.

(2) Each side shall bear their own costs.

FOR THE COURT

May 27, 2025
Date

Jarrett B. Perlow
Clerk of Court

**ISSUED AS A MANDATE:** May 27, 2025